# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2873<br><br>This Document Relates to cases listed in Exhibit A |

## NOTICE OF VOLUNTARY DISMISSAL BY LISTED PLAINTIFFS ONLY, WITHOUT PREJUDICE BY PURSUANT TO  FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the entire claim of each Plaintiff listed in attached **Exhibit A** is hereby DISMISSED WITHOUT PREJUDICE, as to all defendants and without costs to any party. Such dismissal shall include the dismissal of any derivative loss of consortium claim for the underlying dismissed claims. All claims brought by the remaining captioned Plaintiffs shall remain against all Defendants.

Dated: New York, New York
        September 19, 2025

Respectfully submitted,

**NAPOLI SHKOLNIK**

By:*/s/ Nicholas Mindicino*
Nicholas Mindicino
360 Lexington Avenue, 11th Fl.
New York, New York 10017
(212) 397-1000
nmindicino@napolilaw.com

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 19, 2025, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

*/s/ Nicholas Mindicino*
Nicholas Mindicino

2

Exhibit A

| Plaintiff Name | Case Name | Case Number |
|---|---|---|
| Santiago, David | Kahler et al v. 3M Company, The et al | 2:18-cv-03391-RMG |
| Zinn, Donelle L. | Sherban et al v. 3M Company, The et al | 2:18-cv-03408-RMG |
| Bailey, Richard | Abrams et al v. 3M Company et al | 2:22-cv-00027-RMG |
| Dean, Jennifer | Able et al v. 3M Company et al | 2:22-cv-01287-RMG |
| Holden, Chad | McHenry et al v. 3M Company et al | 2:23-cv-00527-RMG |
| Hendricks, Mark | Farris et al v. The 3M Company et al | 2:23-cv-02881-RMG |
| Cockrum , Jake | Archer et al v. 3M Company et al | 2:23-cv-03554-RMG |
| Gill, Beth | Conyers et al v. 3M Company et al | 2:23-cv-04923-RMG |
| Dotson , Donald | Midcap et al v. The 3M Company et al | 2:23-cv-06971-RMG |
| Hansing, Carol | Adam et al v. The 3M Company et al | 2:24-cv-00607-RMG |
| Carnes, Kenneth Don | Breckenridge et al v. The 3M Company et al | 2:24-cv-04293-RMG |
| Gittings, Ralph, Estate Of | Vincent Geiger, et al v. The 3M Company et al | 2:24-cv-04322-RMG |
| Epstein, Steven | Darin Earl et al v. The 3M Company et al | 2:24-cv-04324-RMG |
| Farnsworth, Dana | Darin Earl et al v. The 3M Company et al | 2:24-cv-04324-RMG |
| Simpson, Joseph | Dale Saxon et al v. The 3M Company et al | 2:24-cv-05676-RMG |
| Moran, Elizabeth, Estate Of | Michael Mcglathery et al v. The 3M Company et al | 2:24-cv-05678-RMG |
| Munsell, Mark | Bill Morris et al v. The 3M Company et al. | 2:24-cv-05683-RMG |
| Nortonen, Lawrence | Bill Morris et al v. The 3M Company et al. | 2:24-cv-05683-RMG |
| Fandrich, Reese | Jackie Lovato et al v. The 3M Company (f/k/a Minnesota Mining and Manufacturing, Co) et al | 2:24-cv-07389-RMG |

| Quintana, Jessica | Journet et al v. The 3M Company et al | 2:25-cv-07989-RMG |
|---|---|---|
| Lathan, Shawna | Allen, Kathleen, et al v. THE 3M COMPANY et al | 2:25-cv-10294-RMG |
| Tuck, Steven | Michael Ahrens et al. v. The 3M Company et al | 2:25-cv-10295-RMG |
| Berube, Paul D. | Arrieta et al v. The 3M Company et al | 2:25-cv-10296-RMG |
| Doty, Paul | Steven Allison et al. v. The 3M Company et al | 2:25-cv-10298-RMG |